# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KEVIN MCLAUGHLIN, REBECCA MCLAUGHLIN, PHILLIP DUTT, and MCLAUGHLIN DUTT, LLC,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) **CIVIL ACTION NO. 08-0611-CG-C** ) |
| **THE KRYSTAL COMPANY,** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order on motion for summary judgment entered this date (Doc. 46), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, The Krystal Company, and against plaintiffs, Kevin McLaughlin, Rebecca McLaughlin, Phillip Dutt, and McLaughlin Dutt, LLC. Therefore, all the plaintiffs' claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs shall be taxed against the plaintiffs.

**DONE and ORDERED** this the 14th day of August, 2009.

                                                /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE